IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



FILED

AUG 13 2020

Clerk U.S. District Court
Greensboro, NC
BY

UNITED STATES OF AMERICA    :

                       :

      v.                 :        1:20CR 324 -1

                       :

HENRY ALBERTO ARAYA-VEGA    :

The United States Attorney charges:

On or about November 8, 2016, in the County of Forsyth, in the Middle District of North Carolina, HENRY ALBERTO ARAYA-VEGA, an alien, cast a vote in an election held for the purpose of electing a candidate for the office of President, Vice President, Member of the United States Senate, and Member of the United States House of Representatives; in violation of Title 18, United States Code, Section 611.

DATED: August 13, 2020

MATTHEW G.T. MARTIN
United States Attorney

STEPHEN T. INMAN
Assistant United States Attorney